# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Quattlebaum, Jr, Arthur M. | United States Fourth Circuit Court of Appeals | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Clement Haynesworth Federal Building
300 East Washington Street
Greenville, SC, 29601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Nelson Mullins Law Firm |
| 2. | Shareholder | Enveritas |
| 3. | Director | Greater Greenville YMCA |
| 4. | Director | Christ Church Episcopal School |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Nelson Mullins Partnership Agreement (I am no longer a participant, but was during reporting period) |
| 2. | 1989 | Nelson Mullins Retirement Account (401K and Profit Sharing) (I am no longer a participant but was during the reporting period) |
| 3. | 2013 | Nelson Mullins Partnership Deferred Compensation Plan (I am no longer a participant but was during the reporting period) |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Nelson Mullins compensation | $269,830.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Future Scholar 529 Plan (H) | | | | | | | | | |
| 2. -Columbia Conservative E Agg Track | B | Interest | L | T | | | | | |
| 3. Future Scholar 529 Plan (H) | | | | | | | | | |
| 4. -Columbia Bank Deposit 529 E | A | Interest | M | T | | | | | |
| 5. Future Scholar 529 Plan (H) | | | | | | | | | |
| 6. -Columbia Bank Deposit Plan | A | Interest | M | T | | | | | |
| 7. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 8. LQ Janus Henderson IRA (H) Account (H) | | | | | | | | | |
| 9. -Janus Henderson Research D Shr | C | Dividend | L | T | | | | | |
| 10. -Foster Victor IRA (H) | | | | | | | | | |
| 11. -FMI International | A | Dividend | | | Sold | 02/07/18 | M | A | |
| 12. -JP Morgan Divers Ret US Mid Cp Eq ETF | B | Dividend | M | T | | | | | |
| 13. -JP Morgan Diversified Return US Eq ETF | B | Dividend | M | T | | | | | |
| 14. -Schwab US Large-Cap Value ETF | B | Dividend | M | T | | | | | |
| 15. -Schwab US Large-Cap Growth ETF | A | Dividend | J | T | | | | | |
| 16. -Vanguard REIT ETF | B | Dividend | | | Sold | 03/08/18 | M | A | |
| 17. -American Funds New World F1 | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PIMCO Income D | B | Dividend | | | Sold | 03/23/18 | K | A | |
| 19. -JP Morgan Divers Ret US Small Cap Eq ETF | B | Dividend | M | T | | | | | |
| 20. -Prudential Short-Term Corporate Bd Z | B | Dividend | L | T | | | | | |
| 21. -MFS International New Discovery A | B | Dividend | M | T | | | | | |
| 22. -JP Morgan Core Plus Bond A | B | Dividend | | | Sold | 02/07/18 | K | A | |
| 23. -T. Rowe Price Emerging Markets Bond | A | Dividend | | | Sold | 02/07/18 | J | A | |
| 24. -Doubleline Total Return Bond N | A | Dividend | | | Sold | 02/07/18 | K | A | |
| 25. -Ishares MSCI EAFE Small-Cap ETF | B | Dividend | | | Sold | 10/17/18 | K | A | |
| 26. -Ishares Edge Min VolEAFE ETF | A | Dividend | K | T | | | | | |
| 27. -Vanguard Total Bond Mkt Index Admiral Shr | A | Dividend | | | Sold | 10/19/18 | J | A | |
| 28. -Vanguard Extended Market Index Fd ADM SHRS | A | Dividend | | | Sold | 10/19/18 | J | A | |
| 29. -Prudential Total Return Bd Q | B | Dividend | | | Sold | 03/28/18 | M | D | |
| 30. -Vanguard Total Intl Stk Index Admiral | A | Dividend | | | Sold | 03/28/18 | N | E | |
| 31. -Schwab S&P 500 Index FD | A | Dividend | | | Sold | 03/28/18 | M | E | |
| 32. -PPL Corporation | C | Dividend | K | T | | | | | |
| 33. -Genuine Parts Co | C | Dividend | K | T | | | | | |
| 34. -Altria Group Inc | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Alliant Energy Corp | C | Dividend | K | T | | | | | |
| 36. -Compass Minerals Int | C | Dividend | K | T | | | | | |
| 37. -Lamar Advertising Co REIT | C | Dividend | L | T | | | | | |
| 38. -Pepsico Incorporated | C | Dividend | L | T | | | | | |
| 39. -Emerson Electric Co | C | Dividend | L | T | | | | | |
| 40. -Verizon Communication | C | Dividend | L | T | | | | | |
| 41. -Amer Electric Power Co | C | Dividend | L | T | | | | | |
| 42. -Southern Company | C | Dividend | L | T | | | | | |
| 43. -Hanesbrands Inc | C | Dividend | L | T | | | | | |
| 44. -Wells Fargo Bank | C | Dividend | L | T | | | | | |
| 45. -BB&T Corporation | C | Dividend | L | T | | | | | |
| 46. -Amgen Inc | C | Dividend | L | T | | | | | |
| 47. -Johnson & Johnson | C | Dividend | L | T | | | | | |
| 48. -Ventas Inc REIT | C | Dividend | L | T | | | | | |
| 49. -Welltower REIT | C | Dividend | L | T | | | | | |
| 50. -Procter & Gamble | C | Dividend | L | T | | | | | |
| 51. -Duke Energy Corp | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pfizer Incorporated | C | Dividend | L | T | | | | | |
| 53. -PIMCO Income Class A | C | Dividend | L | T | | | | | |
| 54. -Phillip Morris Intl | C | Dividend | L | T | | | | | |
| 55. -Dominion Energy Inc | C | Dividend | L | T | | | | | |
| 56. -General Mills | C | Dividend | L | T | | | | | |
| 57. -Enbridge Inc | C | Dividend | L | T | | | | | |
| 58. -Realty Incm Corp REIT | C | Dividend | L | T | | | | | |
| 59. -Loomis Sayles Core Plus Bond Fund Cl A | C | Dividend | M | T | | | | | |
| 60. -T. Rowe Price Real Estate Fund Inv | C | Dividend | M | T | | | | | |
| 61. -United Parcel Srvc | C | Dividend | L | T | | | | | |
| 62. -Oakmark Intl Fund Inv | C | Dividend | M | T | | | | | |
| 63. -T. Rowe Price Blue Chip Growth Fd Inv | C | Dividend | M | T | | | | | |
| 64. -T Rowe Price Oversease Stock Fund Inv | C | Dividend | M | T | | | | | |
| 65. -Schwab Bank Cash Sweep | A | Interest | M | T | | | | | |
| 66. -PIMCO Total Return Fund Cl A | C | Dividend | K | T | | | | | |
| 67. FVWA Joint Account (H) | | | | | | | | | |
| 68. -Fidelity Adv LTD Term Muni INCM Fd A | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -JP Morgan Diversified Return US Mid | C | Dividend | K | T | | | | | |
| 70. -JP Morgan Diversified Return US Small | C | Dividend | K | T | | | | | |
| 71. -JP Morgan Diversified Return US Equity | C | Dividend | K | T | | | | | |
| 72. -MFS Intl New Discovery A | C | Dividend | K | T | | | | | |
| 73. -Nuveen High Yield Muni Bond Fund Cl A | C | Dividend | K | T | | | | | |
| 74. -American Fund New World Fd Cl F1 | C | Dividend | K | T | | | | | |
| 75. -Oakmark Intl Fd Inv | C | Dividend | K | T | | | | | |
| 76. -Prudential Short Term Corp Bd Cl Z | B | Dividend | | | Sold | 09/21/18 | K | A | |
| 77. -PIMCO Income Cl A | C | Dividend | K | T | | | | | |
| 78. -T. Rowe Price Emerging Mkts Bond Fd Inv | C | Dividend | K | T | | | | | |
| 79. -T. Rowe Price Tax Free Short Interim Inv | C | Dividend | K | T | | | | | |
| 80. -Schwab US Large Cap Growth ETF | C | Dividend | K | T | | | | | |
| 81. -Schwab US Large Cap Value ETF | C | Dividend | K | T | | | | | |
| 82. -Deutsche Managed Muni Bd Cl S | C | Dividend | K | T | | | | | |
| 83. -Schwab Value Advantage Money Fund | C | Dividend | M | T | | | | | |
| 84. -Vanguard Real Estate ETF | B | Dividend | | | Sold | 04/19/18 | K | A | |
| 85. -T. Rowe Price Oversease Stock Fund Inv | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -T. Rowe Price Real Estate Fund Inv | C | Dividend | J | T | | | | | |
| 87. -Schwab Bank Cash Sweep | A | Dividend | K | T | | | | | |
| 88. -Ishares Edge MSCI Min Vol EAFE ETF | B | Dividend | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Regading the Nelson Mullins Partnership Agreement referenced in Section II, I ceased to be a party to that agreement on March 16, 2018 when I left my old firm to become a United States District Court Judge. Under the terms of the agreement, my capital account was paid in equal six month installments beginning in April 2018.

2. The amounts I contributed to the Nelson Mullins Partnership Deferred Compensation Plan referenced in Section II and Section IV have been distributed and are now in the Foster Victor accounts referenced in Section VII.

3. The Foster Victor IRA and FVWA Joint Account listed in lines 10-88 reflect the information about that account as of 12/31/2018. The amounts in the IRA have since been reinvested, along with the proceeds from other retirement funds associated with my old firm into the FVWA IRA and FVWA Joint Account described in section VII. Therefore, the value codes that were in the prior FDR have been deleted in this updated FDR.

5. I ceased to be a participant in the Nelson Mullins Retirement Account listed in Section II and Section VII when I let Nelson Mullins on March 16, 2018 to be a United States District Court Judge. The amounts in that account have been dsitributed to the FVWA IRA and the FVWA Joint Account described in Section VII.

6. In section I, I am listed as a partner at the Nelson Mullins Law Firm. I ceased being a partner with that firm on March 16, 2018 to be a United State District Court Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Arthur M. Quattlebaum, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544